THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDREW G. COPPINGER, Relator, against MILTON KLEIN, as Warden of the Penitentiary of the City of New York, Respondent.

Submitted October 4, 1949; decided October 13, 1949.

*Andrew G. Coppinger,* in person, for motion.

*Charles P. Sullivan, District Attorney (Howard R. Lonergan* of counsel), opposed.

Motion denied and appeal dismissed.